**Order entered September 21, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00210-CV

## KIRK LAUNIUS, Appellant

## V.

## DIANA FLORES, IN HER OFFICIAL CAPACITY AS PRESIDING OFFICER, CHAIR OF TRUSTEES, OF DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08429**

## ORDER

Before the Court are appellant's September 17, 2021 opposed motion to correct inaccuracies in the reporter's record and appellee's response. A copy of appellant's motion is attached. We **GRANT** the motion as follows.

We **ORDER** the trial court to conduct a hearing, **within twenty days** of the date of this order, and make written findings regarding whether the reporter's record contains the omissions and inaccuracies alleged in the attached motion. *See*

TEX. R. APP. P. 34.6(e).  Both Marcey Poeckes, Official Court Reporter for the 298th Judicial District Court, and Court Reporter Brooke Wagner who recorded the trial shall attend the hearing.  If the trial court finds any omissions and/or inaccuracies in the reporter's record, it must order the court reporter to conform the reporter's record (including text and any exhibits) to what occurred in the trial court and to file, **no later than October 20, 2021**, certified corrections in this Court.  *See id*. 34.6(e)(3).

We **ORDER** Dallas County District Clerk Felicia Pitre to file, **within thirty days** of the date of this order, a supplemental clerk's record containing the trial court's written findings.

We **ORDER** Ms. Poeckes to file, **within thirty days** of the date of this order, a reporter's record from the hearing.  We **ORDER** Ms. Wagner to file, **within thirty days** of the date of this order, any corrected reporter's record as ordered by the trial court.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Emily Tobolowsky, Presiding Judge of the 298th Judicial District Court; Ms. Pitre; Ms. Poeckes; Ms. Wagner; and, all parties.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal will be reinstated in thirty-five days.

/s/     ROBBIE PARTIDA-KIPNESS
        JUSTICE